1 | RAMIRO MORALES (Bar No. 167947)
rmorales@mfrlegal.com
2 | DAVID A. ASTENGO (Bar No. 196096)
dastengo@mfrlegal.com
3 | MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
4 | Pleasant Hill, CA 94523
Telephone: (925) 288-1776
5 | Facsimile: (925) 288-1856

6 | Attorneys for Plaintiff, STEADFAST INSURANCE COMPANY

8 | DAVID S. BLAU (Bar No. 166825)
david@blaulaw.net
9 | RON NELSON (Bar No. 130722)
ron@blaulaw.net
10 | BLAU & ASSOCIATES, P.C.
6080 Center Drive, Suite 550
11 | Los Angeles, CA 90045
Telephone: (310) 410-1900
Facsimile: (310) 410-1901

13 | Attorneys for Defendant, AMERICAN SAFETY INDEMNITY COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEADFAST INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; and DOES 1 to 10, inclusive<br><br>Defendants. | CASE NO.: C 12-03968 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO COMPLETE EARLY NEUTRAL EVALUATION AND FINAL DATE TO AMEND PLEADINGS OR ADD PARTIES WITHOUT FURTHER COURT ORDER** |

1    WHEREAS, on October 10, 2012, plaintiff, Steadfast Insurance Company, and defendant, American Safety Indemnity Company (collectively, the "Parties"), filed their "Stipulation and [Proposed] Order Selecting ADR Process" and selected Early Neutral Evaluation ("ENE") pursuant to ADR Local Rule 5 (the "Stipulation"). WHEREAS, the Parties failed to request a specific deadline in the Stipulation to complete ENE.

WHEREAS, on October 20, 2012, the Court issued an Order adopting the Parties' Stipulation thereby making January 18, 2013, the deadline for the Parties to complete ENE.

WHEREAS, the Parties intended to request in the Stipulation that the deadline to complete ENE be 90 days from the Initial Case Management Conference.

WHEREAS, the date for the Initial Case Management Conference in this action is now January 17, 2013.

WHEREAS, on October 24, 2012, the Parties filed their "Joint Case Management Statement" wherein the Parties proposed December 14, 2012, as the final date for any Party to amend pleadings or add parties without further Court order.

WHEREAS, the Parties have exchanged certain information and documents concerning additional entities who should be a party to this action.

WHEREAS, the Parties believe additional time is needed to determine whether they wish to amend their respective pleadings or add parties in this action.

**WHEREFORE**, the Parties now respectfully request that the Court order that the last day for the Parties to complete ENE is April 17, 2013, and the last day to amend pleadings or add parties without further Court Order is January 10, 2013.

**IT IS SO STIPULATED:**

DATED:   December 11, 2012                             MORALES, FIERRO & REEVES

By:     */s/ David A. Astengo*
RAMIRO MORALES
DAVID A. ASTENGO
Attorneys for Plaintiff,
STEADFAST INSURANCE
COMPANY

| | | |
|---|---|---|
| 1 | DATED:   December 11, 2012 | BLAU & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | By:   /s/ David Blau |
| 4 | | DAVID S. BLAU |
| | | RON NELSON |
| 5 | | Attorneys for Defendant, |
| | | AMERICAN SAFETY |
| 6 | | INDEMNITY COMPANY |

### [PROPOSED] ORDER

Having reviewed the above stipulation, it is the Court's order that the last day for any Party to amend pleadings or add parties without further Court order is January 10, 2013. It is the further order of the Court that the last day for the Parties to complete Early Neutral Evaluation ("ENE") pursuant to ADR Local Rule 5 is April 17, 2013.

**IT IS SO ORDERED**.

Dated:   1/16/13                             *Saundra B. Armstrong*
                                             **UNITED STATES DISTRICT COURT**
                                             **DISTRICT OF NORTHERN CALIFORNIA**