| | |
|---|---|
| 1 | RAMIRO MORALES (Bar No. 167947) |
|   | rmorales@mfrlegal.com |
| 2 | DAVID A. ASTENGO (Bar No. 196096) |
|   | dastengo@mfrlegal.com |
| 3 | MORALES FIERRO & REEVES |
|   | 2300 Contra Costa Blvd., Suite 310 |
| 4 | Pleasant Hill, CA 94523 |
|   | Telephone: (925) 288-1776 |
| 5 | Facsimile: (925) 288-1856 |

Attorneys for Plaintiff, STEADFAST INSURANCE COMPANY

DAVID S. BLAU (Bar No. 166825)
david@blaulaw.net
RON NELSON (Bar No. 130722)
ron@blaulaw.net
BLAU & ASSOCIATES, P.C.
6080 Center Drive, Suite 550
Los Angeles, CA 90045
Telephone: (310) 410-1900
Facsimile: (310) 410-1901

Attorneys for Defendant, AMERICAN SAFETY INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY | CASE NO.: C 12-03968 SBA |
| Plaintiff, | **PARTIES' STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND DATE FOR HEARING DISPOSTIVE MOTIONS** |
| vs. | |
| AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; and DOES 1 to 10, inclusive | [Pursuant to L.R. 6-1, 6-2, 7-1 and 7-12] |
| Defendants. | Judge: Hon. Saundra Brown Armstrong |

**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DATE FOR HEARING DISPOSITIVE MOTION DEADLINES**
**(First Request)**[1]

PURSUANT TO L.R. 6-1, 6-2, 7-1 and 7-12, IT IS HEREBY STIPULATED AND AGREED by and among, plaintiff, Steadfast Insurance Company ("Steadfast"), and defendant, American Safety Indemnity Company ("American Safety"), through their respective attorneys, that the discovery deadlines (general and expert discovery) and the deadline for dispositive motions to be heard (Motion cut-off) be extended for a period of thirty (30) days.

**A.    Current Discovery and Dispositive Motion Schedule.**

On January 31, 2013, this Court issued a "Civil Case Management Conference Minutes" which set forth the following deadlines in this action:

1. General Discovery Cut-off:                                      September 13, 2013;
2. Plaintiff and Defendant to Name Experts:            September 13, 2013;
3. Expert Discovery Cut-off:                                       November 1, 2013;
4. All Dispositive Motions to Be Heard (Motion Cut-off):     November 19, 2013

**B.    Discovery Completed To Date.**

On October 30, 2013, Steadfast and American Safety served their respective Initial Disclosures. As the parties informed the Court by way of their October 24, 2012 "Joint Case Management Conference Statement," and January 7, 2013 "Supplemental Joint Case Management Conference Statement," the parties agreed to produce, without the need for formal discovery, certain categories of documents identified pursuant to Rule 26(a)(1)(A)(ii) in their respective Rule 26(f) disclosures. Pursuant to that agreement, Steadfast has made three separate document productions (the most recent on August 9, 2013) and American Safety has made two separate document productions (the most recent on May 3, 2013). Steadfast amended its Initial Disclosures on August 9, 2013.

---

[1] Pursuant to a "Stipulation and [Proposed] Order" filed with this Court on December 11, 2012, the parties requested that the deadline to complete Early Neutral Evaluation and amend pleadings or add parties be extended. However, the parties have not previously requested that the discovery and dispositive motion deadlines be extended.

C

1    In June 2013, Steadfast served a "Subpoena To Produce Documents" pursuant to Fed. R.
2    Civ. P. 45(c) upon the parties' insured, CM Concrete, Inc. ("CM Concrete"), as well as upon two
3    separate insurance brokers (Tolman & Wiker Insurance Services and Lemac & Associates, Inc.)
4    whose respective offices are located in Southern California. Both Tolman & Wiker Insurance
5    Services and Lemac & Associates requested extensions of time from Steadfast (until late-July
6    2013) to produce their respective documents in response to the subpoenas.
7    On May 30, 2013, Steadfast served a Request For Production of Documents upon
8    American Safety. It proved necessary for the parties to meet and confer concerning certain
9    categories of documents requested by Steadfast as it was American Safety's position that the
10   documents were not relevant to Steadfast's claims and/or contained information that is
11   confidential, privileged and/or otherwise protected. The parties were able to reach an agreement
12   and American Safety produced documents on July 31, 2013.

**C.     Discovery That Remains to Be Completed.**

The parties are scheduled to have completed all general discovery by September 13, 2013. The parties intend to take the deposition of each other's designated representative(s) as well as third-party witnesses. Steadfast intends to take the deposition of a designated representative(s) of the insurance brokers upon whom subpoenas were served in June 2013, the CM Concrete's personal defense counsel who was involved in the underlying action as well as a designated representative of the CM Concrete.

The parties are also scheduled to serve their expert disclosures on September 13, 2013. The parties intend to retain experts concerning insurance policy interpretation as well as one more construction experts.

**D.     Purpose of Briefly Extending the Discovery and Dispositive Motion Deadlines**.

Following the parties' completion of the Early Neutral Evaluation program on May 30, 2013, the parties continued settlement discussions. Within the last two weeks, the parties have made substantial progress toward partially or fully resolving Steadfast's claims. With the current September 13, 2013 deadline to complete all general discovery and disclose experts, the parties will need to undertake several depositions and retain experts over the two to three weeks. Because

depositions, expert retention and drafting of potentially dispositive motions tend to be the more costly phases of litigation (and because this expense can have a negative impact on the potential for settlement), the parties believe that the grant of a brief extended period of time to continue settlement negotiations before having to undertake this expense will substantially increase the likelihood of full resolution of this case without the need for trial.

In addition, as noted above, should a settlement not be achieved, the parties intend to file cross-motions for summary judgment, which will likely decrease the need for trial or greatly limit the scope of trial if settlement is not achieved. Therefore, the parties' request a thirty (30) day extension of the deadline for dispositive motions to be heard by the Court is so that the parties will have sufficient time to prepare and file their respective motions should the Court agree to extend the general and expert discovery deadlines as requested herein, and should settlement not be achieved.

### E. Proposed Discovery Deadlines

1. General Discovery Cut-off: October 14, 2013;
2. Plaintiff and Defendant to Names Experts: October 14, 2013;
3. Expert Discovery Cut-off: December 2, 2013;
4. All Dispositive Motions to Be Heard (Motion Cut-off): December 19, 2013;

Finally, although a trial continuance is not requested, if this Court is inclined to continue the trial date in order to accommodate the requested extension of deadlines, or for any other reason, neither party will object.

Respectfully submitted,

DATED: August 22, 2013        MORALES, FIERRO & REEVES

By: _____ */s/ David A. Astengo* _____
RAMIRO MORALES
DAVID A. ASTENGO
Attorneys for Plaintiff,
STEADFAST INSURANCE COMPANY

DATED: August 22, 2013                     BLAU & ASSOCIATES, P.C.

                                           By:    /s/ Ron Nelson
                                                DAVID S. BLAU
                                                RON NELSON
                                                Attorneys for Defendant,
                                                AMERICAN SAFETY
                                                INDEMNITY COMPANY


**PURSUANT TO STIPULATION IT IS SO ORDERED.**


Dated:    August 28, 2013.              _____
                                        **UNITED STATES DISTRICT JUDGE**